IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ANTHONY LESLIE | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 10-4489 |
| Commissioner of Social Security | : | |

**O R D E R**

**AND NOW**, this 14th day of Nov., 2011, upon consideration of Plaintiff's Motion for Summary Judgment and Brief and Statement of Issues in Support for Review, Defendant's response thereto, Plaintiff's reply, the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff'S Motion for Summary Judgement [Docket #8] is DENIED.

3. JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, AND AGAINST PLAINTIFF MICHAEL ANTHONY LESLIE, AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY.

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,          J.